# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CHRISTOPHER J. McCORMACK**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. CIV-09-283-RAW** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social** | ) | |
| **Security Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the court is the motion of the plaintiff to dismiss without prejudice, to which

the defendant does not object.   The motion (#14) is hereby granted.

**IT IS SO ORDERED** this 10th day of January, 2011.

**Dated this 10th Day of January 2011.**

j4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma